**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

TALLEON S. BRAZIL,

    Petitioner,

v.                                                       Case No. 13-10823

STEVEN RIVARD,

    Respondent.
_____/

**JUDGMENT**

In accordance with the court's "Opinion and Order Summarily Dismissing Petition for Writ of Habeas Corpus Without Prejudice and Denying Certificate of Appealability" dated March 18, 2013,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Steven Rivard. Dated at Detroit, Michigan, this 18th day of March 2013.

                                                        DAVID J. WEAVER
                                                        CLERK OF THE COURT

                                                        s/ Lisa Wagner
                                             By:  Lisa Wagner, Case Manager
                                                to Judge Robert H. Cleland